<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1878**

———————————

RASUN HERU ANPU ATON,

                                     Plaintiff - Appellant,

       versus

THE WACKENHUT CORPORATION,

                                     Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Frederic N. Smalkin, District Judge. (CA-01-598-S)

———————————

Submitted: March 25, 2003          Decided: April 17, 2003

———————————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Eric Steele, LAW OFFICE OF ERIC STEELE, Washington, D.C., for Appellant. Jeffrey P. Ayres, Thomas H. Strong, VENABLE, BAETJER & HOWARD, L.L.P., Towson, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rasun Heru Anpu Aton appeals the district court's order granting summary judgment to Wackenhut in his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Aton v. Wackenhut Corp., No. CA-01-598-S (D. Md. July 9, 2002; filed July 10, 2002, entered July 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED